IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 1:23-CR-0095** |
| Plaintiff, | : | **JUDGE TIMOTHY S. BLACK** |
| v. | : | **<u>UNITED STATES'</u>** |
| | : | **<u>SENTENCING MEMORANDUM</u>** |
| **DAMETRIS SAMUELS,** | : | **<u>REGARDING DAMETRIS SAMUELS</u>** |
| Defendant. | : | |

The United States Attorney's Office submits this sentencing memorandum with respect to Dametris Samuels. Dametris Samuels was caught on video during multiple thefts of mail from USPS blue collection boxes. He has been detained since his arrest on October 4, 2023. He pleaded guilty to Count 1, Conspiracy to Commit Mail Theft in violation of 18 U.S.C. 371 and 1708. The parties entered into a Rule 11(c)(1)(C) agreement that set a maximum sentence of 44 months of imprisonment.

Based on the factors set forth in 18 U.S.C. § 3553(a) and the facts discussed below, the United States recommends a sentenced of 40 months, along with a term of supervised release, and a $100 special assessment.

**I.      THE COURT'S TASK AT SENTENCING.**

After the Supreme Court's landmark decision in *United States v. Booker*, 543 U.S. 220 (2005), the Sentencing Guidelines are advisory, and judges must now impose sentences in accordance with 18 U.S.C. § 3553(a), which describes the factors to be considered. A district court

must still use the Guidelines to calculate a defendant's sentencing range and consider the range when devising a sentence. *Gall v. United States*, 552 U.S. 38, 128 S. Ct. 586, 596 (2007).

After calculating the advisory Guidelines range, the Court must consider that range along with all the factors listed in 18 U.S.C. § 3553(a) before arriving at the final sentence. These factors include the following:

> (1) the nature and circumstances of the offense and the history and characteristics of the defendant;
>
> (2) the need for the sentence imposed--
>
>> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>>
>> (B) to afford adequate deterrence to criminal conduct;
>>
>> (C) to protect the public from further crimes of the defendant; and
>>
>> (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;
>
> (3) the kinds of sentences available;
>
> (4) . . . the sentencing range established . . . [by the Guidelines];
>
> (5) any pertinent policy statement . . . issued by the Sentencing Commission . . . that . . . is in effect on the day of sentencing[;]
>
> (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and
>
> (7) the need to provide restitution to any victims of the offense.

18 U.S.C. § 3553(a).

## II. NATURE OF THE OFFENSE.

This case is part of a wave of mail theft and bank fraud that has victimized the Greater Cincinnati area over the past two years.

### Arrow Keys and Mail Theft in General

In general, the U.S. Postal Service (USPS) uses blue collection boxes in public areas to collect outgoing mail. As a result, criminals routinely target USPS mail to steal checks for the purpose of altering them and depositing them at financial institutions. Criminals typically steal these

checks from USPS blue mail collection boxes through the use of a stolen proprietary USPS key which opens these boxes, commonly referred to as an "Arrow Key." In cases where personal checks are stolen, the pen ink is often removed by criminals in a process called "washing" and then re-written into the name of a person who deposits the altered check into their checking account. Persons who engage in this deposit activity are known as money mules.

Checks are commonly washed by using a chemical, specifically, acetone (nail polish remover) to wash away the pen ink used to write information on a check without damaging the check or its higher quality ink. Other methods include using razor blades or erasers to remove the ink, although these methods will typically damage the check more than an effectively executed chemical washing. The criminal will then add unauthorized information on the check so it can be deposited into a money mule's account. Sometimes the check's information will also be saved (either in a ledger, electronic device, or electronic storage media) to enable the creation of counterfeit checks which are printed using a computer, printer and blank check stock.

Once the check has been washed and re-written, the recruiter will co-ordinate with the mule to have the check placed into the mule's account. If the forgery is not detected by the bank and funds are credited to the mule's account, the money is then removed from the bank account via transfer, purchases, or cash withdrawals before the check's alteration is noticed, the bank alerted, and the charges reversed. Business checks are often altered in a similar manner, however sometimes the depositor will instead falsely endorse the check to his/herself without altering the checks face. Money mules and those they work for often use mobile deposits for these checks, because it is believed the computers that approve checks deposited by mobile application are less likely to detect alteration than a person. The person who recruits money mules into the schemes are referred to as recruiters.

### **Dametris Samuels' Activity**

In the course of investigating mail theft, the USPIS placed cameras near certain USPS blue collection boxes that were repeatedly targeted. The recordings show Dametris Samuels (and others) using a USPS arrow key to steal mail from the blue boxes on multiple occasions. In fact, from June 2023 to August 2023, there were at least 6 different recorded incidents showing Dametris Samuels engaged in mail theft late at night. For example:

<u>July 1, 2023 at 1:52am</u>



<u>August 5, 2023 at 12:05 am;</u>




August 7, 2023 at 11:33pm



August 10, 2023 at 1:38am and 3:34am



**Samuels' Flight from Law Enforcement.**  On the occasion above, August 10, 2023 at approximately 1:38am, surveillance footage showed Dametris Samuels, using a USPS arrow key to steal mail from the blue collection box at 366 Anderson Ferry Road. Inspectors had placed bait parcels equipped with GPS enabled tracking devices into collection boxes at this location. Inspectors received an alert around 3:34 am that the GPS enabled tracking device was in motion. Inspectors deployed and followed the GPS tracking device to an apartment building at 2516 Highland Avenue, Cincinnati, OH  45219.

Facebook messages show that Samuels rented a red Jeep Compass online around that time.  The GPS beacon led investigators back to an apartment building near 2516 Highland Avenue.  The Jeep Compass was there.  Law enforcement later spotted someone driving off in the Jeep Compass and gave chase.  The Jeep went up a one way and escaped.  Law enforcement later found the mail and GPS device in the woods next to the apartment complex. There are Facebook messages from Samuels to one of his friends after the Jeep escaped. Samuels asks "Whats it's looking like up there." His friend responds, "Police got the whole building surrounded."  Samuels continued to receive updates as to when the police had left.

Thereafter, Samuels sent Facebook messages to another about leaving town. On August 11, Samuels sends a message to a friend that indicates he is in South Carolina.  The license plate readers identified a picture of the same red Jeep Compass in South Carolina on August 11.

**The Search**.  On October 4, 2023, law enforcement conducted a search of the apartment where Dametris Samuels was staying.  They recovered a stolen USPS arrow key and a firearm. They also recovered 2 printers, 113 business checks, and 157 personal checks, some of which

6

had already been washed or were in the process of being altered.  A picture of the checks is below:



At the time of the search and arrest, law enforcement also recovered 2.9 grams of a heroin/fentanyl mixture and a digital scale. That information was turned over to Hamilton County for charges.

**ATM Deposits.**  Inspectors also identified Dametris Samuels in depositing or withdrawing stolen funds from ATMs.  For the identified transactions, the bank was able to stop the transactions to avoid losses. The amount of restitution is therefore calculated as zero. He was involved in stealing and converting checks, but the exact amount of funds obtained is unknown.

**The Arrow Key.** As mentioned above, Dametris Samuels used a stolen USPS arrow key to steal mail from the blue collection boxes. That USPS arrow key was recovered during the search of Dametris Samuels' residence. Moreover, in February 2023, Mr. Samuels had a Facebook discussion with an associate about wanting to get a mail key from a postal carrier.

> **Author** Dametris Samuels (Facebook: 100001799780761)
> **Sent** 2023-02-05 20:46:02 UTC
> **Body** On sissy bleed I been on some Otha shit bleed we're is the lil niggas what ah grab the key from the mail man bleed
>
> **Author** Shaheem Dixon (Facebook: 100002896257071)
> **Sent** 2023-02-05 20:48:42 UTC
> **Body** Man I already no we bout get it back in motion dis our wave bleed and wat he got bleed them checks
>
> **Author** Dametris Samuels (Facebook: 100001799780761)
> **Sent** 2023-02-05 20:50:48 UTC
> **Body** The key to the city bleed

8

> **Author** Shaheem Dixon (Facebook: 100002896257071)
> **Sent** 2023-02-05 20:51:50 UTC
> **Body** Wen bleed I got mf
>
> **Author** Dametris Samuels (Facebook: 100001799780761)
> **Sent** 2023-02-05 20:57:05 UTC
> **Body** Idm we just need the key that's we're the real checks at
>
> **Author** Shaheem Dixon (Facebook: 100002896257071)
> **Sent** 2023-02-05 21:00:16 UTC
> **Body** Ight bleed I'm find mf
>
> **Author** Dametris Samuels (Facebook: 100001799780761)
> **Sent** 2023-02-05 21:01:59 UTC
> **Body** A lil goofy bleed grab the mail man mf give lil bra 200 lil jer was scared bleed mf don't need him round Donny told me he was nervous bleed

In April 2023, Samuels had another Facebook conversation and told his friend that he's "trynna hit few boxes," which is indicative of mail theft.

However, at this juncture, law enforcement has not been able to connect the recovered arrow key to any specific robbery of a postal carrier. Accordingly, any potential conduct related to how Samuels obtained the key was explicitly excluded from the plea agreement. To be clear, the offense conduct and guideline calculation in the PSR only relates to the mail theft itself, but does not account for how Dametris Samuels obtained the USPS arrow key.

### III. SENTENCING GUIDELINES.

A district court must use the Sentencing Guidelines to calculate a defendant's sentencing range and consider the range when devising a sentence. *Gall v. United States*, 552 U.S. 38, 128 S. Ct. 586, 596 (2007).

According to the PSR, the base offense level is 6, and 14 levels are added due to the loss amount. (PSR, pars. 27-28) The checks recovered from Dametris Samuels' apartment had a face value that exceeded $599,000, so the intended loss exceeded $550,000 but was less than $1.5 million. Pursuant to Section 2B1.1(b)(2)(A), 2 levels are added because there were more than 10 victims. (PSR, par. 29) In addition, 2 levels are added because the washed checks constitute a counterfeit access device. (PSR, par. 30) After acceptance, the final loss level is 21.

The PSR calculated a criminal history category of I (par. 55), which results in a sentencing range of 37-46 months. The government does not object to the calculation.

IV.     **THE GOVERNMENT'S RECOMMENDATION.**

The governments requests that defendant Dametris Samuels receive a sentence of 40 months of imprisonment, along with a period of supervised release.

The pictures of Dametris Samuels stealing from the blue collection boxes do not reflect all of his conduct. The pictures reflect merely a sample of thefts from only one of the boxes, but the images speak a thousand words. Throughout the summer of 2023, Samuels was prolific in targeting and stealing mail from USPS mail boxes throughout the Cincinnati area. The large cache of stolen checks recovered from his apartment – hundreds of stolen checks -- is further evidence of the extent of his mail theft.

With respect to his background, Dametris Samuels has a unique criminal history. For the reasons described in the PSR and due to the dismissal of many adult charges, he falls within Criminal History Category I. But Samuels does not come before the Court with a clean record. His criminal history takes 6 full pages to describe in the PSR, despite having just turned 24. Moreover, paragraphs 56-60 of the PSR describe the various pending charges against Samuels.

Accordingly, Samuels' lengthy involvement in the instant crime spree is far from aberrant behavior. In fact, it appears that Dametris Samuels has done little else with his adulthood but engage in criminal behavior. In the last five years, he has only worked sporadically at temporary jobs and declined to tell the probation officer how he has supported himself financially. (PSR, par. 80)

The prevalence of mail theft has greatly impacted postal carriers and members of the public alike. The USPS as a whole has been forced to changed procedures and mechanisms for securing the mail. It has certainly impacted customers, who are now urged to avoid depositing mailed checks in the blue collection boxes. And it has impacted numerous banks who are bearing the ongoing financial burden of this check fraud.

Based on the circumstances set forth in the PSR and in this sentencing memorandum, as well as the factors in Section 3553(a), the government recommends that the Court impose a sentence of imprisonment of 40 months, a term of supervised release, and a $100 special assessment. There is no restitution requested in this matter.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6385
E-mail: Timothy Mangan@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Memorandum was served this 30th day of May 2024, electronically upon all counsel of record.

                                            s/Timothy S. Mangan
                                            TIMOTHY S. MANGAN (069287)
                                            Assistant United States Attorney