Good Afternoon Your Honor,

First and foremost I want to make it clear that I take full responsibilty for my actions. I have regrets and the biggest 1 is not that I got caught, it's the selfish way I lived my life and the innocent people I hurt along the way. I sincerly apologize to my family, the community, and the courtroom. Also I want to apologize to my family for the past 8 months of stress I've caused. The jail calls, The money on my books, The visits and everything I put you all through. I am a good Man, Son, Grandson, Brother I have my high school Diploma. Since being incarcerated I have taken the iniative to correct my thoughtlessness and carelessness behavior that put me in this bad position. I am standing here in front of the court room today asking for forgiveness. I have made self improving reading a new habit I have learned to Respect time and freedom like never before. I understand now what it takes and what it means to be an upright Law-Abiding Citizen. My Family, this courtroom, or the community will never have to worry about me making poor decisions anymore. I have truly corrected myself to love life and my freedom to the fullest. I stand here guilty, But I know my life is worth more than being in prison

your Honor. I will suceed I will not not be involved again in any crime. Your Honor as you can see I never been to prison and barely have a criminal history. For that reason your Honor can you find In your heart to sentence me below the guidelines range.

Danebrus Samuels